```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 24513
    JOHNNIE M STOKES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
      SSN XXX-XX-6739


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 09/16/2008 and was confirmed 11/20/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 03/05/2009.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
 CITI RESIDENTIAL LENDING CURRENT MORTG         .00              .00             .00
 CAPITAL ONE AUTO FIN     SECURED VEHIC    14832.00              .00          100.00
 CAPITAL ONE AUTO FIN     UNSECURED         659.45               .00             .00
 ASSET ACCEPTANCE         UNSECURED          77.58               .00             .00
 BALABAN FURNITURE        UNSECURED        NOT FILED             .00             .00
 BALABAN FURNITURE        UNSECURED         971.84               .00             .00
 FIRST CREDIT CORP        UNSECURED        NOT FILED             .00             .00
 NICOR GAS                UNSECURED        NOT FILED             .00             .00
 USA ONE NATIONAL CREDIT  UNSECURED         794.79               .00             .00
 DIRECT MERCHANTS BANK    UNSECURED        NOT FILED             .00             .00
 CITI RESIDENTIAL LENDING MORTGAGE ARRE    1666.37               .00             .00
 NATIONAL CAPITAL MANAGEM UNSECURED        2285.06               .00             .00
 BALABAN FURNITURE        SECURED          1650.00               .00             .00
 ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,491.50                           456.80
 TOM VAUGHN               TRUSTEE                                              43.20
 DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                  600.00

 PRIORITY                                          .00
 SECURED                                        100.00
 UNSECURED                                         .00
 ADMINISTRATIVE                                 456.80
 TRUSTEE COMPENSATION                            43.20
 DEBTOR REFUND                                     .00
                        ---------------    ---------------
 TOTALS                   600.00                600.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 24513 JOHNNIE M STOKES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE